**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>**Mack Industries, Ltd.**, *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Bankruptcy No. 17-09308<br>(Jointly Administered)<br><br>Honorable Carol A. Doyle |
| **Ronald R. Peterson**, as chapter 7 trustee for Mack Industries, Ltd.,<br><br>Plaintiff,<br><br>v.<br><br>**Montak Properties Inc.**,<br><br>Defendant. | Adversary No. 19-00492 |

**STIPULATION OF DISMISSAL**

Plaintiff Ronald R. Peterson, as chapter 7 trustee for Mack Industries, Ltd., and Defendant Montak Properties Inc., hereby stipulate pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the voluntary dismissal of the captioned adversary proceeding without prejudice.

Dated: April 12, 2021

**Ronald R. Peterson**, as chapter 7 trustee for Mack Industries, Ltd.

By: */s/ Jeffrey K. Paulsen*
One of His Attorneys

---

[1] The debtors, with their respective bankruptcy case numbers, are as follows: Mack Industries, Ltd. (17-09308); Oak Park Avenue Realty, Ltd. (17-16651); Mack Industries II, LLC (17-16859); Mack Industries III, LLC (17-17106); Mack Industries IV, LLC (17-17109); Mack Industries V, LLC (18-03445); and Mack Industries VI, LLC (18-03451).

{00194115}

Montak Properties Inc.

By: _____
One of Its Attorneys

Prepared by:
Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:     (312) 878-0969
Email:  jpaulsen@wfactorlaw.com

{00194115}